```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38455
   GREGORY HUNLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0681

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/19/2005 and was confirmed 12/15/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY         5421.53            .00         5421.53
INTERNAL REVENUE SERVICE  UNSECURED       30062.36            .00          390.77
NATIONWIDE                UNSECURED      NOT FILED            .00             .00
VILLAGE OF BELLWOOD       UNSECURED        2500.00            .00           32.50
B-LINE LLC                UNSECURED            .00            .00             .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY    2,333.50                        2,333.50
TOM VAUGHN                TRUSTEE                                          521.70
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                8,700.00

PRIORITY                                        5,421.53
SECURED                                              .00
UNSECURED                                          423.27
ADMINISTRATIVE                                   2,333.50
TRUSTEE COMPENSATION                               521.70
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 8,700.00                 8,700.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE